

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00055-CV

**CARLO MOTORS INC.**,
Appellant

v.

Escillas **DE LOS SANTOS**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2018CV05541
Honorable David J. Rodriguez, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the portion of the trial court's judgment awarding appellee $5,699.14 in attorney's fees and court costs is AFFIRMED. The portion of the trial court's judgment awarding appellee $17,148.61 in unliquidated damages and $51,445.83 in additional damages are REVERSED, and the cause is REMANDED to the trial court for further proceedings on the issues of unliquidated damages and additional damages. Costs of the appeal are taxed against the parties who incurred them.

SIGNED August 7, 2019.

_____
Rebeca C. Martinez, Justice